


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TECOSE DCHAZ MARTIN  (1)<br>a.k.a. "Blues Man"<br>JESSE MEDINA             (2)<br>a.k.a. "Plug"<br>CONNOR MILLER          (3) | Criminal No.<br><br>3-24CR0065-N |

### INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(C))

Beginning on or about January 1, 2024, and continuing through on or about January 31, 2024, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Tecose Dchaz Martin a.k.a. "Blues Man," Jesse Medina a.k.a "Plug,"** and **Connor Miller**, and others known and unknown to the Grand Jury, did knowingly, intentionally and unlawfully combine, conspire, and agree with each other to commit certain offenses against the United States, to-wit: to possess with the intent to distribute and to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846.

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C))

On or about January 30, 2024, in the Dallas Division of the Northern District of Texas, the defendants, **Tecose Dchaz Martin a.k.a. "Blues Man," Jesse Medina a.k.a "Plug,"** and **Connor Miller**, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Count Three</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about January 31, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Jesse Medina a.k.a. "Plug**," did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Count Four</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § § 841(a)(1) & 841(b)(1)(C))

On or about February 15, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Tecose Dchaz Martin a.k.a. "Blues Man,"** did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as "fentanyl," a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count Five
Using a Communication Facility to Facilitate a Drug Felony
(Violation of 21 U.S.C. § 843(b))

On or about January 24, 2024, in the Dallas Division of the Northern District of Texas, the defendants, **Tecose Dchaz Martin a.k.a. "Blues Man"** and **Jesse Medina a.k.a "Plug,"** knowingly and intentionally used a communication facility, specifically a cellular telephone, in facilitating the commission of an act constituting a felony under 21 U.S.C. §§ 846 and 841(a)(1), that is, the defendants used a cellular telephone to conspire to possess with intent to distribute and to distribute fentanyl, a Schedule II controlled substance, and to possess with intent to distribute and to distribute fentanyl, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 843(b).

<u>Count Six</u>
Using a Communication Facility to Facilitate a Drug Felony
(Violation of 21 U.S.C. § 843(b))

On or about January 30, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Jesse Medina a.k.a. "Plug**," knowingly and intentionally used a communication facility, specifically a cellular telephone, in facilitating the commission of an act constituting a felony under 21 U.S.C. § 841(a)(1), that is, the defendant used a cellular telephone to conspire to possess with intent to distribute fentanyl, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 843(b).

<u>Count Seven</u>
Using a Communication Facility to Facilitate a Drug Felony
(Violation of 21 U.S.C. § 843(b))

On or about January 30, 2024, in the Dallas Division of the Northern District of Texas, the defendant, **Connor Miller**, knowingly and intentionally used a communication facility, specifically a cellular telephone, in facilitating the commission of an act constituting a felony under 21 U.S.C. § 841(a)(1), that is, the defendant used a cellular telephone to conspire to possess with intent to distribute and to distribute fentanyl, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 843(b).

Forfeiture Notice
[21 U.S.C. § 853(a)]

Upon conviction for any of the offenses alleged in Counts One through Seven of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Tecose Dchaz Martin a.k.a. "Blues Man," Jesse Medina a.k.a "Plug,"** and **Connor Miller**, shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the respective offense(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense(s) including but not limited to:

(1) One Glock .40 caliber firearm, Model 22 Serial Number UKD617; and

(2) One Taurus 9 millimeter firearm, Model PT92 Serial Number TFT56349

A TRUE BILL

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
GEORGE LEAL
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce St., Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
E-mail: george.leal@usdoj.gov

Indictment - Page 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

TECOSE DCHAZ MARTIN
a.k.a. "Blues Man," (1)
JESSE MEDINA a.k.a "Plug," (2) and
CONNOR MILLER (3)

INDICTMENT

21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)
Conspiracy to Possess with Intent to Distribute a Schedule II Controlled Substance
(Count 1)

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
Possession with Intent to Distribute a Schedule II Controlled Substance
(Counts 2-4)

21 U.S.C. § 843(b)
Using a Communication Facility to Facilitate a Drug Felony
(Counts 5-7)

21 U.S.C. § 853(a)
FORFEITURE NOTICE

7 Counts

A true bill rendered

FOREPERSON

DALLAS

Filed in open court this 27th day of February, 2024.

No Warrant Needed
TECOSE DCHAZ MARTIN in Federal Custody since 2/16/2024 in Limestone County Jail 3:24-MJ-00165-BT
JESSE MEDINA in Federal Custody since 2/2/2024 in Dallas County Jail 3:24-MJ-00108-BT
Connor Miller in Federal Custody since 2/2/2024 in Limestone County Jail 3:24-MJ-00099-BT

UNITED STATES MAGISTRATE JUDGE